**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| Nutramax Laboratories, Inc., | ) | Case No. 0:16-1513-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>STIPULATION OF DISMISSAL</u> |
| | ) | |
| Vitegrity LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff stipulates to the dismissal of all claims in this matter without prejudice.

Respectfully submitted,

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

By: /s/ M. Todd Carroll
Federal ID No. 9742
Kevin A. Hall
Federal ID No. 5375
1727 Hampton Street
Columbia, SC 29201
(803) 454-6504

John W. Cox, Ph.D.
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363
(404) 872-7000
jwcox@wcsr.com
*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff Nutramax Laboratories, Inc.*

September 22, 2016